■ In the Matter of 111 WEST 57TH LH LLC et al., Appellants, v THE BOARD OF MANAGERS OF THE WINDSOR PARK CONDOMINIUM et al., Respondents. [5 NYS3d 729]—Appeals having been taken to this Court by the above-named appellants from orders of the Supreme Court, New York County (Joan M. Kenney, J.), entered on or about September 23, 2014, and on or about September 29, 2014, and said appeals having been withdrawn before argument by counsel for the respective parties; and upon the stipulation of the parties hereto dated March 25, 2015, it is unanimously ordered that said appeals be and the same are hereby withdrawn in accordance with the terms of the aforesaid stipulation. Concur—Mazzarelli, J.P., Friedman, Manzanet-Daniels, Clark and Kapnick, JJ.